# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| BRUCE MIEHL, | ) |
| Plaintiff, | ) |
| | ) Case No. 3:13CV00056 JTK |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Commissioner, | ) |
| Social Security Administration, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Plaintiff Bruce Miehl filed a Motion to Dismiss Without Prejudice on May 8, 2013. (Doc. No. 11). In his motion, he indicates that he has elected not to pursue this matter any further. Accordingly, the Court hereby DISMISSES Plaintiff's Complaint without prejudice.

SO ORDERED this 16th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE