## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| BRUCE MIEHL, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:13CV00056 JTK |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Commissioner, ) | |
| Social Security Administration, ) | |
| Defendant. ) | |

## **FINAL JUDGMENT**

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 16th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE